

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-17-00347-CV

Rita **GONZALEZ** as Trustee of RG Family Trust and Ramon Gonzalez,
Appellants

v.

Don A. **JANSSEN** and Debra Janssen,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-09-00215-A-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

The parties have filed a joint motion to expedite the mandate, explaining that they have settled their disputes and seek to end this litigation as promptly as possible. The motion is GRANTED. The Clerk of this Court is directed to immediately issue the mandate to the trial court in accordance with Texas Rule of Appellate Procedure 18.1(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.



_____
Luz Estrada, Chief Deputy Clerk